```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
                                    |
ALBRINA ANDERSON,                   |
                                    |
                      Plaintiff,    |     24-cv-3530 (JGK)(GS)
                                    |
         - against -                |     ORDER OF REFERENCE
                                    |     TO A MAGISTRATE JUDGE
MARTIN O'MALLEY,                    |
                                    |
                      Defendant.    |
                                    |
------------------------------------
```

**JOHN G. KOELTL, District Judge:**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Motion/Dispute:*
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:

_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

_X_ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: _____

**SO ORDERED.**

New York, New York
May 10, 2024

_____
John G. Koeltl
**United States District Judge**

* Do not check if already referred for general pretrial.