**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ALBRINA ANDERSON

                    Plaintiff,                      24 **CIVIL** 3530 (GS)

         -v-                                          **<u>JUDGMENT</u>**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 18, 2024, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will remand the case to the Administrative Law Judge for further administrative proceedings.

**Dated:** New York, New York
            November 18, 2024

                                                                      **DANIEL ORTIZ**
                                                           **Acting Clerk of Court**

                                  **BY:**     *K. Mango*

                                                              **Deputy Clerk**